RALPH E. CRELLIN, Respondent-Appellant, v. BENJAMIN F. VAN DUZER, Appellant, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Same decision and like cause of action as in companion case of *Crellin* v. *Van Duzer* (*ante*, p. 806). Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLANDO PAONE and FRANK MUOIO, Appellants.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendants of the crime of criminally receiving stolen property. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of ASBURY-FIRST METHODIST CHURCH, Appellant, against SAMUEL B. DICKER et al., Constituting the Common Council of the City of Rochester, et al., Respondents.— Order so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The order so far as appealed from dismisses the proceeding and denies the petition in a proceeding to cancel taxes levied against certain property and to compel repayment of that portion of taxes paid by petitioner under protest.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

LAURA MILLER, Respondent, v. JOSEPH SILHA, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of JOHN MARTIN, Appellant, against WARDEN OF ATTICA STATE PRISON, Respondent.

Application for writ of habeas corpus to obtain discharge of petitioner forthwith from further illegal imprisonment, he having failed to submit his name to the Governor for such discharge as required by him by Correction Law.

Order affirmed, without costs of this appeal to either party. All concur. (The order denies petitioner's application and dismisses the petition.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

JAMES P. HARDY, Appellant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris and Larkin, JJ. [See 268 App. Div. 1023.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH PATTERSON, Appellant, against BOARD OF EDUCATION OF THE CITY OF SYRACUSE et al., Respondents. — Motions for reargument denied; motions for leave to appeal to the Court of Appeals denied. Time in which petitioner shall appear and submit to physical examination extended to and including July 5, 1945. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante*, p. 39.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROMAN J. MARCINKOWSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *ante*, p. 727.]